MISSISSIPPI PUBLIC SERVICE COMMISSION *v.*
ILLINOIS CENTRAL RAILROAD CO.

No. 42125          January 22, 1962          136 So. 2d 619

*Wade H. Creekmore,* Asst. Atty. Gen., Jackson, for appellant.

*Wise, Smith & Carter,* Jackson; *J. H. Wright, John W. Freels,* Chicago, Illinois, for appellee.

Jones, J.

This case is controlled by the principles announced in Citizens of Stringer, Jasper County, Miss. v. Gulf, Mobile & Ohio Railroad Company, 229 Miss. 1, 90 So.2d 25; Mississippi Public Service Commission v. Illinois Central Railroad Company, et al., 235 Miss. 46, 108 So.2d 573; Mississippi Public Service Commission v. Illinois Central Railroad Company, 130 So.2d 254; Village of Myrtle, Union County, Mississippi v. St. Louis-San Francisco Railway Company, 239 Miss. 110, 121 So.2d 717.

Affirmed.

*McGehee, C.J.,* and *Kyle, Ethridge* and *Gillespie, JJ.,* concur.